UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Northwest Title Agency, Inc.,

        Plaintiff,

v.

Minnesota Department of Commerce,
and Michael Rothman, Dennis D. Ahlers,
and Jason Broberg, individually,

        Defendants.

Civil No. 15-cv-3220 (MJD/HB)

**ORDER**

.      The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated June 29, 2016. Plaintiff objects to the recommendation that the Court find that its claims be dismissed for lack of subject matter jurisdiction or that the claims are barred by res judicata.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Defendants Minnesota Department of Commerce, Michael Rothman, Dennis D. Ahlers, and Jason Broberg's Motion to Dismiss [Doc. No. 11] is **GRANTED.** Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 8, 2016                     s/ Michael J. Davis
                                           MICHAEL J. DAVIS
                                           United States District Court